UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHAZ WALKER                                              CIVIL ACTION

VERSUS                                                   NO. 15-1550

MARLIN N. GUSMAN ET AL.                                  SECTION "C" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Chaz Walker are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 31 day of August, 2015.

UNITED STATES DISTRICT JUDGE